**Order entered September 28, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00588-CR

### JAYONA E. JONES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 282nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F16-75712-S

## ORDER

Appellant timely filed her notice of appeal in the trial court on May 10, 2018. On September 27, 2018, counsel Dianne Jones McVay filed a motion to withdraw as counsel. In the motion, Ms. McVay states she has recently taken a job as senior counsel with a corporation and needs to withdraw. We **GRANT** the September 27th motion of Dianne Jones McVay to withdraw as counsel and **DIRECT** the Clerk to remove Dianne Jones McVay as appellant's attorney of record.

Because the trial court previously found appellant was indigent, we **ORDER** the trial court to appoint new counsel in this appeal and to transmit a copy of the order appointing new counsel within **FIFTEEN DAYS OF THE DATE OF THIS ORDER**.

The clerk's record has been filed. The reporter's record is currently due.

/s/    LANA MYERS
        JUSTICE